**Dismiss and Opinion Filed October 27, 2023**



**In the**

**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00441-CV**

**TERESA HOWARD, Appellant**
**V.**
**CITY OF DALLAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-02298-B**

## MEMORANDUM OPINION

Before Justices Carlyle, Smith, and Kennedy
Opinion by Justice Carlyle

Appellant's brief in this case is overdue. On September 8, 2023, we informed appellant her brief was overdue and directed her to file her brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(c). To date, appellant has not filed her brief, an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See id*. 38.8(a)(1); 42.3(c).

/Cory L. Carlyle/

230441f.p05

CORY L. CARLYLE
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TERESA HOWARD, Appellant

No. 05-23-00441-CV       V.

CITY OF DALLAS, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-23-02298-B.
Opinion delivered by Justice Carlyle. Justices Smith and Kennedy participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 27th day of October, 2023.